# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **ANNA H. FARR,** | § | |
| | § | |
| **PLAINTIFF** | § | |
| v. | § | **3-04CV2476-F** |
| **ALBERTSONS, INC.,** | § | **ECF** |
| | § | |
| **DEFENDANT** | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Anna Farr and Defendant Albertsons, Inc. jointly move the Court to dismiss all claims in this case with prejudice to their refiling, and as grounds for this Motion show the Court the following:

1.   No further controversy remains between Plaintiff and Defendant requiring resolution by the Court.

2.   The parties have agreed that each of them shall bear its own costs.

ACCORDINGLY, the parties move the Court for an Order dismissing this case with prejudice, with each Party to bear its own attorneys' fees, expenses and costs.

Respectfully submitted,

s/ N. Jude Menes
N. Jude Menes
State Bar No. 24004815

MENES LAW FIRM
One Empire Building, Suite 234
1140 Empire Central Drive
Dallas, Texas 75247
Phone: (214) 631-2751
Fax: (214) 631-2753

**ATTORNEYS FOR PLAINTIFF**

        s/ Walter S. Cowger
        Walter S. Cowger
        State Bar No. 04928900

        LAW OFFICE OF WALTER S. COWGER
        1717 Main Street, Suite 5500
        Dallas, Texas 75201
        (214) 743-4190 – Telephone
        (214) 743-4191 – Facsimile

        **COUNSEL FOR DEFENDANT**
        **ALBERTSONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2006, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to counsel for Plaintiff N. Jude Menes, who has consented in writing to accept this Notice as service of this document by electronic means.

        s/ Walter S. Cowger